IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

VS.                         CASE NO. 12-CR-40029-001

WILEBOALDO PONCE-ARANDA                                                DEFENDANT

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America. (ECF No. 19). Pursuant to Fed R. Crim P. 48(a), the United States moves the Court to dismiss the Indictment (ECF No. 2) filed on October 11, 2012 in this matter. Accordingly, the Indictment is **DISMISSED WITHOUT PREJUDICE**. Defendant's Motion to Continue the trial in this matter (ECF No. 18) is therefore **DENIED AS MOOT**.

**IT IS SO ORDERED**, this 22th day of January, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge